# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERIC MCGAIL CRISWELL**  **PLAINTIFF**
ADC #165409

v.  **CASE NO. 2:22-CV-00249-BSM-PSH**

**UNDRAY FIELDS** *et al.*  **DEFENDANTS**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 14] are adopted in full, and defendants' motion to dismiss [Doc. No. 5] is granted in part and denied in part. Criswell's official capacity claims for monetary damages are dismissed without prejudice for failure to state a claim upon which relief may be granted. Criswell's individual capacity claims may proceed.

IT IS SO ORDERED this 9th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE