# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERIC McGAIL CRISWELL**　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #165409

v.　　　　　　　**CASE NO. 2:22-CV-00249-BSM-PSH**

**UNDRAY FIELDS,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 26] are adopted in full, and defendants' motion for partial summary judgment [Doc. No. 19] is granted. Criswell's claims against Payne and Straughn are dismissed without prejudice for failure to exhaust administrative remedies. Criswell's claims against Fields and Allison may proceed.

　　IT IS SO ORDERED this 27th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE