IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ERIC McGAIL CRISWELL**　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #165409

v.　　　　　　　　**CASE NO. 2:22-CV-00249-BSM**

**UNDRAY FIELDS,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 41] is adopted, and defendants' motion to dismiss [Doc. No. 38] is granted. This case is dismissed without prejudice because Eric Criswell failed to respond to discovery requests as directed. *See* Doc. No. 37.

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE