IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ERIC McGAIL CRISWELL**                                                                                    **PLAINTIFF**
ADC #165409

v.                              CASE NO. 2:22-CV-00249-BSM

**UNDRAY FIELDS,** *et al.*                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE